# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAI LOYD TIBBETTS,<br><br>        Plaintiff,<br><br>vs.<br><br>DISTRICT COURT FAMILY DIVISION,<br>CLARK COUNTY, NEVADA *et al.,*<br><br>        Defendants. | 2:08-cv-01593-RCJ-PAL<br><br>**ORDER** |

Before the Court for consideration is the Order and Report of Findings of Fact and Recommendation of Magistrate Judge Peggy A. Leen, entered January 27, 2009 (#1). No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Order and Report of Findings of Fact and Recommendation (#2) of the United States Magistrate Judge entered January 27, 2009, should be affirmed.

IT IS THEREFORE ORDERED Magistrate Judge Leen's Order and Report of Findings of Fact and Recommendation (#2) be affirmed and adopted, and that:

1. Plaintiff's *In Forma Pauperis* (#1) shall be **GRANTED** and Plaintiff shall not be required to pre-pay the full filing fee of $350.00; and

2. The Order granting *forma pauperis* status shall not extend to the issuance of subpoenas at government expense.

IT IS FURTHER ORDERED that Plaintiff's Complaint shall be **DISMISSED** for failure to state a claim upon which relief can be granted.

DATED: March 4, 2009

_____
UNITED STATES DISTRICT COURT